**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Paul Landry
Landry & Watkins
P. O. Drawer 12040
New Iberia LA 70562-2040

Randy G. Donato
Donato, Minx & Brown
3200 SW Freeway, Suite 2300
Houston TX 77027

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

**REHEARING ACTION: August 10, 2011**

**Docket Number: 11   00002-CA consolidated with 3-CA**

**CARL JONES, SR., ET AL.**
**VERSUS**
**CENTERPOINT ENERGY ENTEX, ET AL.**

**Appealed from ST. LANDRY Parish Case No. 04-C-2184-D C/W 04-C-2357**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. Marc T. Amy**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **CenterPoint Energy Entex** has this day been

   **DENIED.**

cc: Stephen Paul Schott, Counsel for the Appellee
    Robbie A. Moehlmann, Counsel for the Appellant
    Randolph Alexander Piedrahita, Counsel for the Appellee
    Kirk Andrew Guidry, Counsel for the Appellee
    Patrick Craig Morrow, Sr., Counsel for the Appellee
    Victor James Versaggi, Counsel for the Appellee
    Jamie Dean Parker, Counsel for the Appellee